UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 08-23176-CIV-GRAHAM/TORRES

**CLOSED CIVIL CASE**

SHELLY M. DANIELS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Summary Judgment [D.E. 31] and Defendant's Motion for Summary Judgment [D.E. 36].

**THE MATTER** was referred by Clerk's Order to the Honorable United States Magistrate Judge Robert L. Dube pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 3]. Judge Dube issued a Report and Recommendation [D.E. 39] recommending that Plaintiff's motion for summary judgment be denied and that Defendant's motion for summary judgment be granted. The parties have not filed objections to the Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 39] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [D.E. 31] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. 36] is **GRANTED**. Summary Judgment is entered in favor of Defendant. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of July, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Robert L. Dube